**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

AMERICAN HOME ASSURANCE
COMPANY, a New York corporation

    Plaintiff,

v.                                            Case No: 5:10-cv-329-Oc-10PRL

WEAVER AGGREGATE TRANSPORT,
INC. and BEACON INDUSTRIAL
STAFFING, INC.

    Defendants/Third Party Plaintiff

SALVATORE MANZO and SALCOR
PROPERTIES, INC.
    Third Party Defendants

## ORDER

This matter is before the Court on Defendant Beacon's unopposed motion to extend the dispositive motion deadline to August 15, 2013. (Doc. 156). While the Court is inclined to grant Defendant's motion, it cannot do so without extending the other case deadlines. Accordingly, Defendant's motion (Doc. 156) is **GRANTED** to the extent that the following deadlines are hereby established:

        **Dispositive motion deadline**        **August 15, 2013**

        **Pretrial conference**                 **November 20, 2013**
                                                   **(time to be set by Clerk)**

        **Trial term beginning**               **December 2, 2013**

The Clerk is directed to issue an Amended Case Management and Scheduling Order reflecting the above dates.

**DONE** and **ORDERED** in Ocala, Florida on July 9, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties